FILED
 2012 Nov-29 PM 01:56
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **REBEKAH RIGGS, as Personal Representative for the Estate of FARRELL RIGGS, deceased,** | )<br>)<br>)<br>) |
| **Plaintiff,** | ) |
| v. | ) Case No.   4:05-CV-2472-TMP |
| **MEAD CORPORATION,** *et al.*, | )<br>)<br>) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on November 13, 2012, wherein he recommended that the renewed motion for summary judgment filed by the defendant (doc. 111) be granted on statute of limitation grounds, as well as want of prosecution. No objections have been filed.

Having considered the recommendation of the Magistrate Judge, the court hereby **ACCEPTS** and **ADOPTS** the report and recommendation of the Magistrate Judge. Accordingly, by separate order, the court will **GRANT** the motion for summary judgment and **DISMISS WITH PREJUDICE** plaintiff's lone remaining claim.

**DONE** and **ORDERED** this the 29th day of November, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge